**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80055-CR-CANNON**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**RAFAEL CASIMIRO PEGUERO-SOTO**,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 26]. On May 10, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 24] during which Defendant pled guilty to Count 15 of the Indictment [ECF No. 11] pursuant to a written plea agreement and factual proffer [ECF No. 25]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 15 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of that offense [ECF No. 11]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 26] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Rafael Casimiro Peguero-Soto** as to Count 15 of the Indictment is **ACCEPTED**.

CASE NO. 23-80055-CR-CANNON

3. Defendant **Rafael Casimiro Peguero-Soto** is adjudicated guilty of Count 15 of the Indictment, which charges him with reentry after deportation after a prior removal, in violation of 8 U.S.C. § 1326(a)(2) and (b)(2) [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of May 2023.

_____
AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record